# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

EUGENE ALDRIDGE,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

    Defendant.

Case Number 4:20-CV-00669

## JOINT STATEMENT OF THE CASE

The parties submit the following Joint Statement of the Case to be read to the jury:

This case arises from an incident that occurred on April 28, 2018, at the Amtrak station in St. Louis, Missouri while an employee of Defendant National Railroad Passenger Corporation was driving a transport cart in which Plaintiff Eugene Aldridge was a passenger. Plaintiff alleges Defendant's employee negligently failed to secure the wheels on a luggage trailer attached to the transport cart, which caused the trailer to jackknife during travel, and that Plaintiff was injured when Defendant's employee stopped the transport cart in response. Defendant denies Plaintiff's claims and the nature and extent of Plaintiff's injuries.

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 12, 2021 the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system and was served by operation of the same on the counsel of record for all parties in this action.

    */s/ Emery Reusch*